◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUGUSTIN COUSTANTIN, Appellant. [720 NYS2d 353] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered October 26, 1998, convicting him of manslaughter in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, Acting P. J., O'Brien, Santucci and Florio, JJ., concur.